WILLIAM EGGEBRECHT, Respondent, v. MARK HERMELIN, Appellant.— Order, so far as appealed from by defendant, unanimously modified by striking out the conditions for the payment by defendant of plaintiff's costs and disbursements and directing plaintiff to appear for examination at Special Term, Part II, on a subsequent date to be fixed in the order herein and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under an Indenture of Trust Made by REGIS H. POST, Respondent. WALDRON K. POST, Individually and as Executor of REGIS H. POST, Deceased, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

JAMES JOHNSON, v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 633.]

WILLIAM A. CAMPBELL et al., Constituting the Bondholders' Protective Committee for the Holders of First Lien and Refunding Mortgage 5% Bonds, Issued by HUDSON & MANHATTAN RAILROAD COMPANY et al., Respondents, v. HUDSON & MANHATTAN RAILROAD COMPANY, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice including questions to be submitted to the Court of Appeals. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 731.]

In the Matter of 792 MADISON AVENUE, INC., Respondent. CARL VIRAG et al., Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 277 App. Div. 975.1